# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-40658
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 16, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

GREGORIO LOPEZ-GAMEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:12-CR-1163-1

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Gregorio Lopez-Gamez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lopez-Gamez has not filed a response.

Because Lopez-Gamez has completed the confinement portion of his sentence, has evinced a desire to appeal only his sentence, and has been

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-40658

removed from the United States, his appeal is now moot.  *See United States v.*
*Rosenbaum-Alanis*, 483 F.3d 381, 382-83 (5th Cir. 2007).  Accordingly, the
appeal is DISMISSED as moot, and counsel's motion for leave to withdraw is
DENIED as unnecessary.